PAT LUNDVALL (NSBN 3761)
AMANDA M. PERACH (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com
aperach@mcdonaldcarano.com

VINCENT D. LOUWAGIE (*pro hac vice* to be submitted*)
CORY D. OLSON (*pro hac vice* to be submitted*)
ANTHONY OSTLUND BAER & LOUWAGIE P.A.
90 South 7th Street, Suite 3600
Minneapolis, MN 55402
Telephone: (612) 349-6969
vlouwagie@anthonyostlund.com
colson@anthonyostlund.com

*Attorneys for Berthel Fisher & Company
Financial Services Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEN LANDOW, KEN LANDOW IRA, KEN LANDOW ASSOCIATES LIMITED PARTNERSHIP,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALVERY A BARTLETT, JR. AND BERTHEL FISHER & COMPANY FINANCIAL SERVICES INC.,<br><br>                    Defendants. | Case No.:<br><br><br><br>**NOTICE OF REMOVAL** |

TO:    THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:

         Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant Berthel Fisher & Company Financial Services Inc. ("Berthel"), removes this action to the United States District Court for the District of Nevada.  Pursuant to 28 U.S.C. § 1332, Berthel states the grounds for removal as follows:

         1.    Pursuant to 28 U.S.C. §1332, diversity of citizenship exists:

                a.    Complete diversity of citizenship exists as follows:

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

i.      Plaintiff Ken Landow ("Landow") is domiciled in the state of Nevada, as set forth in Paragraph 1 of the Complaint. **Exhibit A**, Complaint and Summons at ¶ 1.

ii.      Because Landow brings this action in his own name on behalf of the Ken Landow IRA (the "IRA") his own citizenship is all that is considered for purposes of diversity jurisdiction. *FBO David Sweet IRA v. Taylor*, 4 F.Supp.3d 1282, 1284 (E.D. Ala. 2014) ("An IRA is a trust created in the United States for the exclusive benefit of the individual or his beneficiaries."); *Navarro Sav. Ass'n v. Lee*, 446 U.S. 458, 462–66, 100 S. Ct. 1779, 1782–84, 64 L. Ed. 2d 425 (1980) ("trustees of an express trust are entitled to bring diversity actions in their own names and upon the basis of their own citizenship."). To the extent the IRA itself has commenced this action, its citizenship consists of each of its members, who appear to be Ken Landow (the trustee) and the IRA's two beneficiaries, University of California, Los Angeles, David Geffen School of Medicine ("UCLA") and University of Southern California, Department of Dermatology – Keck School ("USC"). *See* **Exhibit B**, Premiere Select IRA Application (identifying trustee and beneficiaries); **Exhibit C**, Declaration of Alvery A. Bartlett, Jr. at ¶ 3 (the "Bartlett Decl."); *Americold Realty Tr. v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 1015–16 (2016) (the citizenship of members of a trust determines the citizenship of the trust). Landow is a citizen of Nevada, UCLA is a citizen of California and USC is a citizen of California. *See* **Exhibit D**, California Secretary of State Entity Details for The Regents of The University of California; **Exhibit E**, California Secretary of State Statement of Information for University of Southern California. Thus, for purposes of diversity jurisdiction, the IRA is a citizen of California and Nevada.

iii.      Plaintiff Ken Landow Associates Limited Partnership ("KLA") is a Nevada limited partnership. *See* **Exhibit F,** Nevada Secretary of State Entity Details for Ken Landow Associates Limited Partnership. The citizenship of a limited partnership is based on the citizenship of each of the general and limited partners. *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195, 110 S. Ct. 1015, 1021, 108 L. Ed. 2d

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

157 (1990).  Ken Landow is a limited partner who is domiciled in Nevada.  *See* Compl. (Ex. A) at ¶ 1.   R. Scott Faley is, upon information and belief, a general partner who is domiciled in Maryland.  (Ex. F).  Elaine Galatz is, upon information and belief, a general partner who is domiciled in Nevada.  (Ex. F).  Thus, for diversity purposes, KLA is a citizen of Nevada and Maryland.

    iv. Defendant Alvery A. Bartlett, Jr. ("Bartlett") is a citizen of and domiciled in the state of Missouri and no other state.  Bartlett Decl. (Ex. C) at ¶ 4.

    v. Defendant Berthel is incorporated and holds its principal place of business in Iowa.   *See* **Exhibit G,** Iowa Secretary of State, Business Entity Summary for Berthel Fisher & Company Financial Services Inc.   A corporation is deemed to be a citizen of the state of incorporation and where it has its principal place of business.  *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68 (1996).  As such, Berthel is a citizen of Iowa.

  Thus, complete diversity exists between Plaintiffs (Nevada, California and Maryland) and Defendants (Iowa and Missouri).

    b. For jurisdictional purposes, the amount in controversy is determined by the amount at issue in the underlying litigation.  *Theis Research, Inc. v. Brown & Bain*, 400 F.3d 659, 662 (9th Cir. 2005).   Here, Plaintiffs seek to recover damages of not less than $6,637,918.00.  Compl. (Ex. A) at ¶¶ 21, 37, 46, 61.  Thus, Plaintiffs seek damages in excess of the $75,000.00 jurisdictional threshold under 28 U.S.C. § 1332(a).

  Accordingly, this Court has jurisdiction over these claims pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000.00.  This Court's jurisdiction is thus proper pursuant to 28 U.S.C. § 1441(b).

  2. All defendants consent to removal.  Bartlett Decl. (Ex. C) at ¶ 5.

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

McDONALD ⁂ CARANO

4851-7176-2271, v. 1

3.    This removal notice is timely.  Berthel was served with a copy of the summons and complaint on February 28, 2018.  This Notice of Removal, being filed within 30 days of that date, is timely filed pursuant to 28 U.S.C. § 1446(b).

4.    Plaintiffs filed the action on January 18, 2018; thus, one year has not elapsed from the date the action in state court commenced.

5.    Venue is proper in the unofficial Southern Division of this district pursuant to 28 U.S.C. § 1441 (a) because this district embraces the place where the state court action is pending.

6.    Pursuant to 28 U.S.C. § 1446(a), a copy of all pleadings filed in the state court action as of this date are attached hereto as follows: Complaint and Summons (Ex. A).

7.    Promptly after filing this Notice, Berthel will file a copy of it with the clerk of the state court in which this action is pending and will give written notice to the Plaintiffs, as required by 28 U.S.C. § 1446(d).

8.    This Notice of Removal is executed and filed pursuant to Fed. R. Civ. P. 11.

…

…

…

…

…

…

…

…

…

…

…

…

4851-7176-2271, v. 1

WHEREFORE, Berthel removes the above-entitled action now pending in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-767962, to the United States District Court for the District of Nevada.

DATED this 19thth day of March, 2018.

McDONALD CARANO LLP

By: /s/ Amanda M. Perach
Pat Lundvall (NSBN 3761)
Amanda M. Perach (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com
aperach@mcdonaldcarano.com

VINCENT D. LOUWAGIE
(*pro hac vice* to be submitted)
CORY D. OLSON
(*pro hac vice* to be submitted)
ANTHONY OSTLUND BAER
& LOUWAGIE P.A.
90 South 7th Street, Suite 3600
Minneapolis, MN 55402
Telephone: (612) 349-6969
vlouwagie@anthonyostlund.com
colson@anthonyostlund.com

*Attorneys for Berthel Fisher & Company*
*Financial Services Inc.*

4851-7176-2271, v. 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of McDonald Carano LLP, and that I served a true and correct copy of the foregoing **NOTICE OF REMOVAL** on this 19th day of March, 2018 by depositing said copies in the United States Mail, postage prepaid thereon, and via the Court's electronic filing system upon the following:

David Liebrader, Esq.
The Law Offices of David Liebrader, Inc.
601 South Rancho Drive, Suite D-29
Las Vegas, Nevada 89106

*Attorneys for Plaintiffs*

*/s/ Kimberly Kirn*
An employee of McDonald Carano LLP

4851-7176-2271, v. 1

**INDEX OF EXHIBITS**

| Description | Exhibit No. |
|---|---|
| Complaint and Summons | A |
| Premiere Select IRA Application | B |
| Declaration of Avery A. Bartlett, Jr. | C |
| California Secretary of State Entity Details for The Regents of The University of California | D |
| California Secretary of State Statement of Information for University of Southern California | E |
| Nevada Secretary of State Entity Details for Ken Landow Associates Limited Partnership | F |
| Iowa Secretary of State, Business Entity Summary for Berthel Fisher & Company Financial Services Inc. | G |

4851-7176-2271, v. 1