```
DAVID LIEBRADER, ESQ.
STATE BAR NO. 5048
THE LAW OFFICES OF DAVID LIEBRADER
601 S. RANCHO DR. STE. D-29
LAS VEGAS, NV 89106
PH: (702) 380-3131
Attorney for Plaintiff
DaveL@investmentloss.com
```



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEN LANDOW, KEN LANDOW IRA, KEN LANDOW ASSOCIATES LIMITED PARTNERSHIP,

Plaintiffs,

vs.

ALVERY A. BARTLETT, JR. AND BERTHEL FISHER & COMPANY FINANCIAL SERVICES INC.,

Defendants.

Case No.: 2:18-cv-00499-JAD-VCF

ORDER

~~STIPULATION~~ AND [PROPOSED] ORDER TO CONTINUE JUNE 3, 2019 STATUS CONFERENCE

### FIRST REQUEST TO CONTINUE STATUS CONFERENCE

Plaintiff Ken Landow, Ken Landow IRA, Ken Landow Associates Limited Partnership ("Plaintiff") and defendants Alvery A. Bartlett, Jr. ("Bartlett") and Berthel Fisher & Company Financial Services, Inc. ("Berthel" and collectively with Bartlett, the "Defendants" and with Plaintiff, the "Parties"), by and through their respective counsel, desire to continue the June 3, 2019 status conference in light of the fact that Defendants' motion to dismiss Plaintiff's amended complaint remains pending for a decision, discovery has been stayed by agreement of the parties and order of the court, and there is no change in the status of the proceedings. The parties request this status conference be continued for a minimum of three months to allow the court to rule on the pending motion to dismiss. This is the first request for a continuance.

**IT IS SO STIPULATED.**

DATED: May 29, 2019

| ANTHONY OSTLUND BAER & LOUWAGIE P.A. | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| By: /s/ Vincent D. Louwagie<br>Vincent D. Louwagie (admitted pro hac vice)<br>Cory D. Olson (admitted pro hac vice)<br>90 South 7th Street, Suite 3600<br>Minneapolis, MN 55402<br>Telephone: 612.349.6969<br>vlouwagie@anthonyostlund.com<br>colson@anthonyostlund.com | By: /s/ Craig J. Mariam<br>Craig J. Mariam (NSBN 10926)<br>300 S. 4th Street, Suite 1550<br>Las Vegas, NV 89101<br>Telephone: 702.577.9300<br>cmariam@grsm.com<br>*Attorneys for Alvery Bartlett, Jr.* |
| Pat Lundvall (NSBN 3761)<br>Amanda M. Perach (NSBN 12399)<br>McDONALD CARANO LLP<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: 702.873.4100<br>lundvall@mcdonaldcarano.com<br>aperach@mcdonaldcarano.com<br>*Attorneys for Berthel Fisher & Company Financial Services Inc.* | THE LAW OFFICES OF DAVID LIEBRADER<br><br>By: /s/ David Liebrader<br>David Liebrader (NSBN 5048)<br>601 S. Rancho Dr., Suite D-29<br>Las Vegas, NV 89106<br>Telephone (702) 380-3131<br>DaveL@investmentloss.com<br>*Attorney for Ken Landow, Ken Landow IRA, and Ken Landow Associates Limited Partnership* |

**ORDER**

IT IS SO ORDERED:

Dated: 5/31/19

_____
UNITED STATES MAGISTRATE JUDGE

CAM FERENBACH
U.S. MAGISTRATE JUDGE

**\*\*Status hearing set for 6/3/19 is VACATED and RESET for 9/4/19 at 11:00 a.m. in Courtroom 3D.**

2