Pat Lundvall (NSBN 3761)
Amanda M. Perach (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com
aperach@mcdonaldcarano.com

Vincent D. Louwagie, Esq. (*pro hac vice*)
Cory D. Olson, Esq. (*pro hac vice*)
ANTHONY OSTLUND BAER & LOUWAGIE P.A.
90 South 7th Street, Suite 3600
Minneapolis, MN 55402
Telephone: (612) 349-6969
vlouwagie@anthonyostlund.com
colson@anthonyostlund.com

*Attorneys for Berthel Fisher & Company Financial Services Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEN LANDOW, KEN LANDOW IRA, KEN LANDOW ASSOCIATES LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>vs.<br><br>ALVERY A. BARTLETT, JR. AND BERTHEL FISHER & COMPANY FINANCIAL SERVICES INC.,<br><br>Defendants. | Case No.: 2:18-cv-00499-JAD-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE SEPTEMBER 4, 2019 STATUS CONFERENCE (SECOND REQUEST)** |

Plaintiff Ken Landow, Ken Landow IRA, Ken Landow Associates Limited Partnership ("Plaintiff") and defendants Alvery A. Bartlett, Jr. ("Bartlett") and Berthel Fisher & Company Financial Services, Inc. ("Berthel" and collectively with Bartlett, the "Defendants" and with Plaintiff, the "Parties"), by and through their respective counsel, desire to continue the status conference scheduled for September 4, 2019 at 11:00 a.m. in light of the fact that Defendants' motion to dismiss Plaintiff's amended complaint (ECF No. 36) remains pending for a decision, discovery has been stayed per order of the Court, and there is no change in the status of the proceedings. This is the second stipulation for a continuance of this status conference.

The parties request this status conference be continued for a minimum of three months to allow the court to rule on the pending motion to dismiss.

**IT IS SO STIPULATED.**

DATED: September 3, 2019

| McDONALD CARANO LLP | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| By: /s/ Amanda M. Perach<br>Pat Lundvall, Esq. (NSBN 3761)<br>Amanda M. Perach, Esq. (NSBN 12399)<br>McDONALD CARANO LLP<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>lundvall@mcdonaldcarano.com<br>aperach@mcdonaldcarano.com | By: /s/ Craig J. Mariam<br>Craig J. Mariam (NSBN 10926)<br>300 S. 4th Street, Suite 1550<br>Las Vegas, Nevada 89101<br>Telephone: (702) 577.9300<br>cmariam@grsm.com<br><br>*Attorneys for Alvery Bartlett, Jr.* |
| Vincent D. Louwagie, Esq. (*pro hac vice*)<br>Cory D. Olson, Esq. (*pro hac vice*)<br>ANTHONY OSTLUND BAER & LOUWAGIE P.A.<br>90 South 7th Street, Suite 3600<br>Minneapolis, MN 55402<br>Telephone: (612) 349-6969<br>vlouwagie@anthonyostlund.com<br>colson@anthonyostlund.com<br><br>*Attorneys for Berthel Fisher & Company Financial Services Inc.* | THE LAW OFFICES OF DAVID LIEBRADER<br><br>By: /s/ David Liebrader<br>David Liebrader (NSBN 5048)<br>601 S. Rancho Dr., Suite D-29<br>Las Vegas, Nevada 89106<br>Telephone (702) 380-3131<br>DaveL@investmentloss.com<br><br>*Attorney for Ken Landow, Ken Landow IRA, and Ken Landow Associates Limited Partnership* |

**ORDER**

**IT IS SO ORDERED:**

Dated: September 3, 2019

_____
UNITED STATES MAGISTRATE JUDGE

4819-3707-4339, v. 2

IT IS HEREBY ORDERED that the status hearing scheduled for September 4, 2019, is VACATED and RESCHEDULED to 10:00 AM, December 3, 2019.