FILED

FEB 27 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KEN LANDOW; et al.,<br><br>　　　　Plaintiffs-Appellants,<br><br>　v.<br><br>ALVERY A. BARTLETT, Jr.; BERTHEL FISHER & COMPANY FINANCIAL SERVICES, INC.,<br><br>　　　　Defendants-Appellees. | No.　19-17488<br><br>D.C. No.<br>2:18-cv-00499-JAD-VCF<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

The dial-in telephone conference previously scheduled for February 28, 2020, is canceled.

Pursuant to the parties' stipulated motion (Docket Entry No. 10), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

　　　　　　　　　　　　　　　　　FOR THE COURT:


　　　　　　　　　　　　　　　　　Steven J. Saltiel
　　　　　　　　　　　　　　　　　Circuit Mediator

bls/Mediation